PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Woodrow Garcia           Cr.: 07-00824-1
                                           PACTS #: 49853

Name of Sentencing Judicial Officer: Katharine S. Hayden, Sr. USDJ

Date of Original Sentence: 03/25/08

Original Offense: Distribution and Possession with Intent to Distribute Cocaine

Original Sentence: 21 months imprisonment, 3 years supervised release, $100 special assessment

Type of Supervision: Supervised Release           Date Supervision Commenced: 10/22/09

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states **'You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.'** |

On April 2, 2012, at approximately 6:52 p.m., Det/Cpl Raphael Garcia and Det/Cpl Johnnie Ramos of the Passaic County Sheriff's Office, were on warrant patrol in Paterson, New Jersey. During the course of their patrol, they observed Tyron Hinton, a known Bloods Gang member (Sex, Money, Murder set) for whom a warrant had been issued for Attempted Murder, Unlawful Possession of a Weapon, and Possession of a Firearm without a Permit, sitting in Garcia's vehicle. Also in the vehicle were Nelson Robledo and Lorenzo Noriego, both of whom are also identified as Blood Gang members. A motor vehicle stop was conducted and Hinton was arrested without incident. Robledo was also arrested for an outstanding child support warrant. In addition to the pending charges for Tyron Hinton, he has two prior felony convictions for distribution of narcotics. Nelson Robledo has three prior felony convictions for narcotics charges and Lorenzo Noriego has one prior felony theft charge.

On April 5, 2012, Garcia reported to the office and was interviewed regarding this incident. Garcia indicated that he had traveled from his home in Woodland Park, New Jersey, to a Walgreen's pharmacy in Paterson, in an attempt to fill a prescription. Garcia was reportedly told that the script could not be filled at that location, and he was referred to the Walgreen's in Little Falls, New Jersey. As he departed that location, he encountered Nelson Robledo, whom he described as a friend (but with whom he had not had any contact in some time). Garcia

claims that the other individuals were not known to him. Garcia continued that Robledo asked him for a ride, and he agreed. He denied any knowledge that any of the individuals have gang ties or that any of them had outstanding warrants.

Garcia stated that he experienced anxiety following the incident and, as a result, he went to HUMC Emergency Trauma Department, Hackensack, New Jersey. Of concern was the diagnosis listed as "depressive disorder," and "suicidal ideation." Following an extensive interview with the undersigned and Sr. USPO Kevin Mullens, it was determined that Garcia should resume treatment at the Human Growth Center, Clifton, New Jersey. An appointment was immediately made, and Garcia started treatment the following week.

2   The offender has violated the special supervision condition which states "**The defendant is to refrain from associating with, or being in the company of, any members of the Latin Kings street gang, or members of any other street gang. The defendant shall be restricted from frequenting any location where the Latin Kings street gang members are known to congregate or meet, shall not wear, display, use or possess any insignia, emblem, logo, jewelry, cap, hat, bandana, shoelace, or any article of clothing which has any Latin Kings significance or is evidence of affiliation with, or membership in the Latin Kings street gang.**"

Tyron Hinton, Nelson Robledo and Lorenzo Noriego were identified as members of the Bloods (Sex, Money, Murder set) by the Passaic County Sheriff's Office.

3   The offender has violated the special supervision condition which states '**ALCOHOL/DRUG TESTING AND TREATMENT**

**You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.**'

During the office visit on April 5, 2012, the issue of drug use was discussed. Garcia admitted that he smoked marijuana on March 31, 2012, and has occasionally in the past since his diagnosis of Stage IV renal cancer. Garcia stated it helps with pain and helps him to relax. A Drug Use Admission Form was signed.

U.S. Probation Officer Action:

As indicated above, Garcia is currently receiving mental health treatment to address his mental health needs. Garcia will also undergo random drug testing, and if continued drug use is detected, he will be referred to Narcotics Anonymous meetings and/or be evaluated to determine if drug treatment is necessary. We respectfully submit that the aforementioned response to this non-compliance appropriately addresses the needs of deterrence and treatment.

Respectfully submitted,

By: Denise Morales
U.S. Probation Officer
Date: 04/16/12

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

4/16/12
Date